[No. 14443-3-II.   Division Two.   July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY SHERIDAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 90-8-00063-3, Joel M. Penoyar, J., entered October 19, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.

[No. 13652-0-II.   Division Two.   July 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ELDON L. BATES, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 89-1-00146-1, Joel M. Penoyar, J., entered February 9, 1990. *Reversed* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Thompson, J., and Wieland, J. Pro Tem.

[No. 10826-1-III.   Division Three.   July 30, 1991.]

KIMBERLY I. MITCHELL, *Respondent,* v. MEAD SCHOOL DISTRICT, NO. 354, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-00601-6, Michael E. Donohue, J., entered May 10, 1990. *Reversed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Shields, J.